UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
Darvannie Scott,

                                              06CV 1755 (CM)(LMS)
            Plaintiff,                **JUDGMENT**

    -against-

Police Officer Torr, Police Officers
"John Doe" 1 through 6 and The City
of New Rochelle,

            Defendant(s).
- - - - - - - - - - - - - - - - - -X

    Whereas the above entitled action having been assigned to the Honorable Colleen McMahon, U.S.D.J., and the Court thereafter on November 14, 2006, having handed downs it Memorandum & Order (document#4) that on the Court's own motion, the action is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the action be dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: White Plains, New York
       November 15, 2006          J. Michael McMahon
                                          Clerk

i:/judgment/scott.755              E.O.D.